**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

AWNY NESSIM ABDELMASIH,

*Petitioner*,

v.

TODD BLANCHE, *et al.*,

*Respondents.*

HON. ESTHER SALAS, U.S.D.J.

*Civil Action No.* 26-11779 (ES)

**NOTICE OF STIPULATION OF DISMISSAL**

Respondents Todd Blanche, Markwayne Mullin, Joseph B. Edlow, John Thompson, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services ("USCIS"), and Plaintiff, Awny Nessim Abdelmasih (collectively "the Parties") by and through undersigned Counsel hereby stipulate to dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). USCIS has approved Plaintiff's I-485, Application to Register Permanent Residence or Adjust Status. Therefore, the Parties respectfully submit that the instant habeas petition, ECF No. 1, is now moot.

Date: November 12, 2026

Respectfully Submitted,

ROBERT FRAZER
United States Attorney

By: /s Bridget E. Zarrillo
BRIDGET E. ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*

AWNY NESSIM ABDELMASIH
Plaintiff

By: /s Benjamin G. Kelsen
BENJAMIN GIDEON KELSEN
*Attorney for Plaintiff*

**SO ORDERED.**

**Hon. Esther Salas, U.S.D.J.**
**Date: November 16, 2026**